**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

**IN RE:**

**SAMUEL JEROME MCINTYRE**
**AMBER JOY WILSON-MCINTRE,**

**CASE NO. 26-02739-5-PWM**
**CHAPTER 13**

**DEBTORS**

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to confirmation of the Chapter 13 Plan ("Plan") filed by Debtors for the following:

The Plan fails to provide for payment of all of Projected Disposable Monthly Income pursuant to 11 U.S.C. § 1325(b), because: Specifically, Form 122C-2 of the Means Test indicates $7,564.70 in monthly PDI. Section 2.5 of the Plan, however, shows $0.00. In addition, the Plan is underfunded to pay all claims in full as required by the monthly PDI shown on line 45 of Form 122C-2.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 Plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

This the 14th day of September, 2026.

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

# CERTIFICATE OF SERVICE

I, S. Troy Staley, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Chad W. Hammonds (via CM/ECF)
*Attorney for Debtors*

Samuel Jerome McIntyre (via U.S. Postal Service)
Amber Joy Wilson-McIntyre
115 Bayshore Drive
Parkton, NC 28371
*Debtors*

**DATED:** September 14, 2026

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com